FEDERAL WASTE PAPER CORP. et al., Respondents, *v.* GARMENT CENTER CAPITOL, INC. et al., Appellants.

Argued March 1, 1945; decided April 5, 1945.

*Leslie Kirsch* and *Samuel Bader* for Garment Center Capitol, Inc., appellant.

*Francis M. Verrilli* for Frank Granieri, appellant.

*Sidney S. Allen* and *Harold H. Straus* for respondents.

Order affirmed, with costs, and questions certified answered in the affirmative; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.